Deonarine Baichan and Rashmie Baichan, Appellants,
against
R & B Upholsterers, Ramdat Singh, and Bibi Z. Karim Singh, Respondents. 




DiGangi Law Firm (Angelo A. DiGangi of counsel), for appellants.
Augustin D. Tella, Esq., for respondents (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Queens County (Terrence C. O'Connor, J.), entered March 1, 2018. The judgment, insofar as appealed from, entered pursuant to a decision of that court dated July 20, 2016, after a nonjury trial, dismissed the complaint.




ORDERED that, on the court's own motion, the notice of appeal from the decision dated July 20, 2016 is deemed a premature notice of appeal from the judgment entered March 1, 2018 (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment, insofar as appealed from, is affirmed, without costs.
In this action to recover for, among other things, unpaid wages, plaintiffs appeal from so much of a judgment of the Civil Court as, following a nonjury trial, dismissed the complaint.
The determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of witnesses affords it a better perspective from which to assess their credibility (see Northern Westchester Professional Park Assoc. v Town of Bedford, 60 NY2d 492, 499 [1983]; Hamilton v Blackwood, 85 AD3d 1116 [2011]; Silverman v Parikh, 44 Misc 3d 137[A], 2014 NY Slip Op 51246[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2014]). Upon a review of the record, we find that there is ample support for the Civil Court's decision.
Accordingly, the judgment, insofar as appealed from, is affirmed.
WESTON, J.P., ALIOTTA and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 29, 2019